WALKER *v.* UNITED STATES ALUMINUM CO.

WORKMEN'S COMPENSATION—CHANGE OF CONDITION—EVIDENCE—
FINDING OF DEPARTMENT.

  Finding of department of labor and industry on petition for
  further compensation that there had been no change in
  employee's industrial physical condition since denial of his
  last preceding petition *held,* supported by testimony.

Appeal from Department of Labor and Industry. Submitted April 21, 1937. (Docket No. 26, Calendar No. 39,242.) Decided June 7, 1937.

A. Monroe Walker presented his claim for compensation against United States Aluminum Company for injuries suffered in defendant's employ. On petition for further compensation. Award denied. Plaintiff appeals. Affirmed.

*Dann & Atlas,* for plaintiff.

*Ernest P. LaJoie,* for defendant.

FEAD, C. J.    Plaintiff sustained an accident July 25, 1927. He received total disability compensation for a time, was then awarded partial permanent disability compensation, and the latter was commuted into a lump sum payment by order of June 25, 1929, and paid him by defendant. Thereafter plaintiff filed petitions for further compensation and awards denying his petitions were entered October 15, 1930, and April 19, 1932. The instant petition for further compensation was filed March 5, 1936 and was denied by the department of labor and industry.

The interesting questions presented by plaintiff need no discussion because the case resolves itself into the familiar proposition that the award is final because there was testimony which supported the express finding of the department that plaintiff had failed to show a change of his industrial physical condition since the award of 1932.

Affirmed.

NORTH, WIEST, BUTZEL, BUSHNELL, SHARPE, POTTER, and CHANDLER, JJ., concurred.